

# NUMBER 13-20-00048-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## EX PARTE EDWARD OCHOA

---

### On appeal from the 275th District Court
### of Hidalgo County, Texas.

---

## ORDER ABATING APPEAL

### Before Chief Justice Contreras and Justices Longoria and Hinojosa
### Order Per Curiam

Appellant, Edward Ochoa, filed a notice of appeal with this Court from the trial court's order denying the relief requested in his application for writ of habeas corpus. The record currently before the Court fails to include a certification of appellant's right to appeal. The Clerk of the Court has requested the trial court's certification of the appellant's right to appeal from the district clerk's office. To date, this clerk has been unwilling or unable to satisfy the request. Accordingly, this matter is ABATED and

REMANDED to the trial court for entry of a certification of the appellant's right to appeal. On remand, the trial court shall issue notice of a hearing and accordingly conduct a hearing addressing the foregoing matter. We further direct that, after conducting the hearing, the trial court certify whether appellant has the right of appeal. The trial court's certification, and any orders it enters, shall be included in a supplemental clerk's record.

The trial court is directed to determine: (1) whether appellant has been denied effective assistance of counsel, and (2) whether appellant is indigent and entitled to court-appointed counsel. If the trial court determines appellant is indigent and entitled to court-appointed counsel, the trial court shall appoint new counsel to represent appellant in this appeal. If new counsel is appointed, the name, address, email address, telephone number, and state bar number of said counsel shall be included in an order appointing counsel.

The trial court is directed to cause the supplemental clerk's record to be filed with the Clerk of this Court within sixty days of the date of this order. Should the trial court require more time to comply with the directions of this Court, it shall request an extension prior to the expiration of this deadline.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
6th day of April, 2020.